FILED'09 FEB 23 11:21 USDC-ORP

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | | |
|---|---|---|
| HUSSEIN M. ALTAMIMI, et al., | ) | |
| | ) | Civil No. 08-1236-PK |
| Petitioner, | ) | |
| | ) | **ORDER** |
| v. | ) | |
| | ) | |
| MICHAEL MUKASEY, et al., | ) | |
| | ) | |
| Respondent. | ) | |

Based on the record,

IT IS ORDERED that Petitioner's Unopposed Motion to Dismiss Case [16-1] without prejudice is GRANTED.

Dated this ___19___ day of February, 2009.

by _____
Ancer L. Haggerty
United States District Judge